## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE

UNITED STATES OF AMERICA,

**Case No: 22-MJ-8229-TJJ**
**AUSA: Scott Rask**

          Plaintiff,

**Defendant: David Magariel, AFPD**

v.

**VICENTE ACOSTA-ORONA,**
          Defendant.

| JUDGE: | Judge Angel D. Mitchell | DATE: | October 24, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | FTR Network @ 1:02 PM |
| INTERPRETER: | Rosario Garriga | PROBATION: | Amanda Hudson |

## PROCEEDINGS

| | | |
|---|---|---|
| ☐ Initial Appearance | ☐ Initial Revocation Hearing | ☐ Bond Hearing |
| ☐ Detention Hearing | ☒ Initial Rule 5(c)(3) Out – 10 min. | ☐ Bond Revocation Hearing |
| ☐ Arraignment | ☐ Preliminary Hearing | ☐ Status Conference |
| ☐ Discovery Conference | ☐ Pretrial Conference | ☐ In-Court Hearing |

☐ Defendant sworn      ☒ Examined re: financial status      ☒ Counsel appointed

☒ Charges and penalties explained to defendant      ☒ Advised of Due Process Protections Act
☒ Constitutional Rights Explained   ☒ Felony      ☐ Misdemeanor
☐ Advised of Rights Under Rule <u>20</u>      ☐ Signed Consent to Transfer _____

☐ Waived Reading   ☐ Read to Defendant:   ☐ Indictment   ☐ Information   ☐ Complaint
☐ Number of Counts:   ☐ Guilty   ☐ Not Guilty   ☐ Indictment Unsealed

☐ Bond Revoked   ☐ Bail Fixed at: $_____
☐ Release Order executed   ☐ Continued on present conditions   ☒ Remanded to Custody

☐ Oral Motion by Government for detention of defendant.

☒ Defendant's next appearance:   **To be scheduled in the Eastern District of Texas.**

**OTHER:  Defendant appears in person and the court appoints David Magariel to represent the defendant for purposes of hearings in the District of Kansas. The court advises if the defendant is not a US citizen, the defendant has the right to have a consular representative contacted on their behalf. Defendant does not wish to exercise this right at this time. Defendant requests that the detention hearing be held in the prosecuting district, at a time set by that court. Defendant is remanded to the custody of the US Marshal service for transfer to the prosecuting district.**